**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAIM BIBERFELD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF DEFENDANT EARLY WARNING SERVICES, LLC** |

Defendant Early Warning Services, LLC ("EWS") hereby removes the action entitled *Chaim Biberfeld v. Early Warning Services, LLC*, Index No. 037200/2026, from the Supreme Court of New York, Rockland County (the "Action"), to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, on the following grounds:

1. Removal Is Timely. Plaintiff Chaim Biberfeld ("Plaintiff") filed the Complaint in this Action on September 11, 2026. The Complaint was served on EWS on September 14, 2026. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within 30 days after receipt of the Summons and Complaint by, and service on, EWS. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the Action are attached hereto as **Exhibit A**.

2. The Court Has Original Jurisdiction Over This Action. This Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1331, and the Action is removable to this Court by EWS pursuant to 28 U.S.C. § 1441(a). Pursuant to 28 U.S.C. § 1331, original jurisdiction includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." *See Bracey v. Bd. of Educ. of City of Bridgeport*, 368 F.3d 108,

113 (2d Cir. 2004) ("[F]ederal courts have original jurisdiction over cases 'arising under' federal law"). Here, the Court has original jurisdiction because Plaintiff alleges a violation of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.* ("ADA"), a claim created by, and arising under, federal law. *See* Ex. A, Compl. ¶ 39-46.

3. Venue is Proper in This Court. This Court is the proper district court for removal because the Supreme Court of New York, Rockland County, where the Action is pending, is located within the United States District Court for the Southern District of New York. *See* 28 U.S.C. § 1441(a).

4. Notice Will Be Effected. EWS is concurrently filing a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of Rockland. EWS will serve all parties with copies of this Notice of Removal and the notice filed in state court, as required under 28 U.S.C. § 1446(d).

WHEREFORE, EWS hereby removes the Action from the Supreme Court of the State of New York, County of Rockland, on this 2nd day of October 2026.

Dated: New York, New York
October 2, 2026

**STEPTOE LLP**

By: */s/ Ashley Mullen*

Ashley Mullen
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
amullen@steptoe.com

Christopher R. Fredrich (*pro hac vice forthcoming*)
2029 Century Park East, Suite 980
Los Angeles, CA 91108
(213) 439-9400
cfredrich@steptoe.com

*Counsel for Early Warning Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026 a copy of the foregoing **NOTICE OF REMOVAL OF DEFENDANT EARLY WARNING SERVICES, LLC** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Ashley Mullen*
Ashley Mullen